IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| CHARLES F. MILLER, | ] | |
| Plaintiff, | ] | Civil Action No.3:08-1942 |
| -vs- | ] | O R D E R |
| HSBC FINANCE CORPORATION, | ] | |
| Defendant | ] | |

This is an employment discrimination case filed by the plaintiff, Charles F. Miller, against the defendant HSBC Finance Corporation. The plaintiff alleges *inter alia* claims for religious discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e <u>et seq</u> and age discrimination in violation fo the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 <u>et. seq</u>. The defendant denies the plaintiff's allegations and has filed a motion for summary judgment.

Pursuant to this Court's local Rules, the matter was referred to a United States Magistrate Judge for a Report and Recommendation. United States Magistrate Judge Joseph McCrorey reviewed the matter and recommended the Court grant the defendant's motion for summary judgment on the plaintiff's age discrimination claims and deny the motion for summary judgement on the plaintiff's claims for religious discrimination. The defendant filed timely objections to the Report and Recommendation of the Magistrate Judge. The plaintiff has not objected to the Magistrate Judge's Report

and Recommendation and has urged the Court to adopt the Recommendation.

On September 28, 2009 this Court held a hearing on the defendant's objections to the Recommendation. Upon review of the matter and consideration of the arguments of counsel, the Court is of the opinion that the Recommendation of the Magistrate Judge should be and is hereby approved. The defendant's motion for summary judgment is Granted, in part, as to the plaintiff's Age Discrimination in Employment Act claim and Denied , in part, as to the plaintiff's Title VII claims.

IT IS SO ORDERED.

s/ MATTHEW J. PERRY, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 29, 2009.